## IN THE UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF COLUMBIA

| | |
|---|---|
| **JEFFREY WILLIAMS** | ) |
| **Plaintiff,** | ) |
| v. | ) Case No.: |
| **ATLLIMO, LLC d/b/a Coach Alladin** | ) |
| **Defendants.** | ) |

### NOTICE OF REMOVAL

Defendant, ATLLIMO, LLC d/b/a Coach Alladin ("Defendant") or "ATLLIMO"), by and through its undersigned counsel, BONNER KIERNAN TREBACH & CROCIATA, LLP, and pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, hereby removes the above-captioned matter to this Court. The grounds for removal are set forth below.

### Nature of Plaintiff's Claim

1. On or about July 8, 2020, Plaintiff Jeffrey Williams ("Plaintiff"), through counsel, filed the above action against ATLLIMO in the Civil Division of the Superior Court for the District of Columbia, under Case No. 2020 CA 003034 V. In accordance with 28 U.S.C. § 1446(a), true and correct copies of the Complaint, Summons and Notice of Service of Process are attached hereto as Exhibit 1.

2. The Complaint alleges that on May 17, 2018, Plaintiff suffered injuries and damages during an automobile at accident that occurred on or near the intersection of 17th St., NW and Independence Avenue in the District of Columbia (the "Accident").

3. The Complaint asserts a single count for Negligence/Respondeat superior against ATLLIMO.

**Procedural Posture**

4. This action was initiated by Plaintiff on or about July 9, 2020.

5. ATLLIMO was served with a copy of the Complaint and Summons on July 28, 2020.

6. ATLLIMO filed an Answer to the Complaint in the Superior Court for the District of Columbia on August 17, 2020. *See* Exhibit 2, Answer.

7. This Notice of Removal of this case to the United States District Court is filed by ATLLIMO within thirty (30) days after being served.

8. *See* 28 U.S.C. § 1446(b).

**Parties**

9. Plaintiff alleges that he is an individual residing in Maryland. Therefore, pursuant to 28 U.S.C. § 1332(c)(1), for diversity purposes, Plaintiff is a citizen of the Maryland.

10. Defendant ATLLIMO is a Virginia Limited Liability Company with its principal place of business in Alexandria, Virginia. *See* Exhibit 3, Affidavit of ATLLIMO. The sole member of ATLLIMO is Raja Shaukat, who is a resident of Virginia. *See* Exhibit 3. "Limited liability companies are assigned the citizenship of their members for federal diversity jurisdiction purposes." *Wright v. Herman*, 230 F.R.D. 1, 2005 U.S. Dist. LEXIS 14382 citing *Carden v. Arkoma Associates*, 494 U.S. 185, 197 (1990). Therefore, pursuant to 28 U.S.C. § 1332(c)(1), for diversity purposes, ATLLIMO is a citizen of Virginia.

**Jurisdiction and Venue**

11. This action is a civil action which falls under this Court's original jurisdiction pursuant to 28 U.S.C. § 1332 (diversity of citizenship), and is one which may be removed to this Court by ATLLIMO pursuant to the provisions of 28 U.S.C. §§ 1441(a), (b) and (c).

12. This case is removable pursuant to 28 U.S.C. § 1441 because this United States District Court has original jurisdiction of this case under 28 U.S.C. § 1332(a). Section 1332(a) provides in pertinent part as follows:

> (a) The district courts shall have original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between-
>
> (1) citizens of different States....

13. Plaintiff is a citizen of Maryland and Defendant ATLLIMO and its members are citizens of Virginia. Therefore, complete diversity exists between Plaintiff and Defendant.

14. Plaintiff's Complaint seeks damages in the amount of $1,250,000.00, exclusive of interest and costs. *See* Exhibit 1.

15. Pursuant to 28 U.S.C. §§ 1332(a), 1441(a) and 1446(a), this Court has original jurisdiction over this action because the amount in controversy exceeds $75,000.00 and because this action is between citizens of different states.

16. Venue is proper because this district embraces the jurisdiction in which Plaintiff initiated his lawsuit.

17. Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal is being filed contemporaneously with the Clerk of the Superior Court for the District of Columbia, and served along with written notice on Plaintiff's counsel of record. A copy of the Notice to the Clerk of Removal is attached hereto as Exhibit 3.

18. No admission of fact, law or liability is intended by this Notice of Removal, and all defenses, affirmative defenses and motions are hereby reserved to Defendant.

WHEREFORE, Defendant ATLLIMO, LLC d/b/a Coach Alladin, hereby removes the above-captioned action, which is now pending in the Superior Court for the District of Columbia.

Date: August 17, 2017

         Respectfully submitted,

         ATLLIMO, LLC d/b/a Coach Alladin


         /s/ Matthew H. Johnson
         Matthew H. Johnson, Esq., #502942
         1233 20th Street, N.W., 8th Floor
         Washington, D.C.  20036
         Telephone: (202) 712-7000
         Facsimile:  (202) 712-7100
         mjohnson@kiernantrebach.com
         *Counsel for Defendant ATLLIMO, LLC d/b/a Coach Alladin*


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing *Notice of Removal* was served by electronically and by first class mail on this 17th day of August, 2020 upon:

Archie L. Rich, II, Esq. #471754
THE RICH FIRM, P.C.
1250 I St., NW Suite 902
Washington, DC 20005
Telephone: (202) 529-9379
arich@therichfirm.com
*Counsel for Plaintiff*


         /s/ Matthew H. Johnson
         Matthew H. Johnson