# Superior Court of the District of Columbia

CIVIL DIVISION- CIVIL ACTIONS BRANCH

## INFORMATION SHEET

Jeffrey Williams                                Case Number: _____

vs                                              Date: July 8, 2020

Atllimo, LLC d/b/a Coach Aladdin        ☐ One of the defendants is being sued in their official capacity.

| | |
|---|---|
| Name: *(Please Print)* Archie L. Rich, II | Relationship to Lawsuit |
| Firm Name: The Rich Firm, PC | [X] Attorney for Plaintiff |
| Telephone No.: (202) 529-9379   Six digit Unified Bar No.: 471754 | ☐ Self (Pro Se) ☐ Other: _____ |

TYPE OF CASE:  ☐ Non-Jury    [X] 6 Person Jury    ☐ 12 Person Jury
Demand: $ 1,225,000.00                                  Other: _____

PENDING CASE(S) RELATED TO THE ACTION BEING FILED
Case No.:_____  Judge: _____  Calendar #:_____

Case No.:_____  Judge: _____  Calendar#:_____

---

**NATURE OF SUIT:** *(Check One Box Only)*

**A. CONTRACTS**                        **COLLECTION CASES**

☐ 01 Breach of Contract        ☐ 14 Under $25,000 Pltf. Grants Consent   ☐ 16 Under $25,000 Consent Denied
☐ 02 Breach of Warranty        ☐ 17 OVER $25,000 Pltf. Grants Consent    ☐ 18 OVER $25,000 Consent Denied
☐ 06 Negotiable Instrument     ☐ 27 Insurance/Subrogation                ☐ 26 Insurance/Subrogation
☐ 07 Personal Property             Over $25,000 Pltf. Grants Consent         Over $25,000 Consent Denied
☐ 13 Employment Discrimination ☐ 07 Insurance/Subrogation               ☐ 34 Insurance/Subrogation
☐ 15 Special Education Fees        Under $25,000 Pltf. Grants Consent        Under $25,000 Consent Denied
                               ☐ 28 Motion to Confirm Arbitration
                                   Award (Collection Cases Only)

**B. PROPERTY TORTS**

☐ 01 Automobile            ☐ 03 Destruction of Private Property   ☐ 05 Trespass
☐ 02 Conversion            ☐ 04 Property Damage
☐ 07 Shoplifting, D.C. Code § 27-102 (a)

**C. PERSONAL TORTS**

☐ 01 Abuse of Process            ☐ 10 Invasion of Privacy          ☐ 17 Personal Injury- (Not Automobile, Not Malpractice)
☐ 02 Alienation of Affection     ☐ 11 Libel and Slander            ☐ 18 Wrongful Death (Not Malpractice)
☐ 03 Assault and Battery         ☐ 12 Malicious Interference       
[X] 04 Automobile- Personal Injury ☐ 13 Malicious Prosecution      ☐ 19 Wrongful Eviction
☐ 05 Deceit (Misrepresentation)  ☐ 14 Malpractice Legal            ☐ 20 Friendly Suit
☐ 06 False Accusation            ☐ 15 Malpractice Medical (Including Wrongful Death)   ☐ 21 Asbestos
☐ 07 False Arrest                ☐ 16 Negligence- (Not Automobile, Not Malpractice)    ☐ 22 Toxic/Mass Torts
☐ 08 Fraud                                                          ☐ 23 Tobacco
                                                                    ☐ 24 Lead Paint

SEE REVERSE SIDE AND CHECK HERE    ☐   IF USED

CV-496/June 2015

**Exhibit 1**

# Information Sheet, Continued

**C. OTHERS**
- ☐ 01 Accounting
- ☐ 02 Att. Before Judgment
- ☐ 05 Ejectment
- ☐ 09 Special Writ/Warrants (DC Code § 11-941)
- ☐ 10 Traffic Adjudication
- ☐ 11 Writ of Replevin
- ☐ 12 Enforce Mechanics Lien
- ☐ 16 Declaratory Judgment
- ☐ 17 Merit Personnel Act (OEA) (D.C. Code Title 1, Chapter 6)
- ☐ 18 Product Liability
- ☐ 24 Application to Confirm, Modify, Vacate Arbitration Award (DC Code § 16-4401)
- ☐ 29 Merit Personnel Act (OHR)
- ☐ 31 Housing Code Regulations
- ☐ 32 Qui Tam
- ☐ 33 Whistleblower

**II.**
- ☐ 03 Change of Name
- ☐ 06 Foreign Judgment/Domestic
- ☐ 08 Foreign Judgment/International
- ☐ 13 Correction of Birth Certificate
- ☐ 14 Correction of Marriage Certificate
- ☐ 15 Libel of Information
- ☐ 19 Enter Administrative Order as Judgment [ D.C. Code § 2-1802.03 (h) or 32-151 9 (a)]
- ☐ 20 Master Meter (D.C. Code § 42-3301, et seq.)
- ☐ 21 Petition for Subpoena [Rule 28-I (b)]
- ☐ 22 Release Mechanics Lien
- ☐ 23 Rule 27(a)(1) (Perpetuate Testimony)
- ☐ 24 Petition for Structured Settlement
- ☐ 25 Petition for Liquidation
- ☐ 26 Petition for Civil Asset Forfeiture (Vehicle)
- ☐ 27 Petition for Civil Asset Forfeiture (Currency)
- ☐ 28 Petition for Civil Asset Forfeiture (Other)

**D. REAL PROPERTY**
- ☐ 09 Real Property-Real Estate
- ☐ 12 Specific Performance
- ☐ 04 Condemnation (Eminent Domain)
- ☐ 10 Mortgage Foreclosure/Judicial Sale
- ☐ 11 Petition for Civil Asset Forfeiture (RP)
- ☐ 08 Quiet Title
- ☐ 25 Liens: Tax / Water Consent Granted
- ☐ 30 Liens: Tax / Water Consent Denied
- ☐ 31 Tax Lien Bid Off Certificate Consent Granted

_//s// Archie L. Rich, II_
Attorney's Signature

July 8, 2020
Date

IN THE SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

**JEFFREY WILLIAMS**
1143 South View Drive
Apt. 1143
Oxon Hill, MD 20745

      **Plaintiff,**

v.                               : Civil Action No.:

**ATLLIMO, LLC d/b/a Coach Aladdin**
103 E Raymond Ave
Alexandria, VA 22301

    **Serve on:**    Raja Usman Shaukat
                        103 E Raymond Ave.
                        Alexandria, VA 22301

      **Defendant.**

## COMPLAINT AND JURY DEMAND

COMES NOW Plaintiff Jeffrey Williams, by undersigned counsel, and respectfully states as follows:

### JURISDICTION

1. This Court has jurisdiction of this cause of action pursuant to D.C. Code § 11-921, 13-422, & 13-423(a)(3).

2. Venue is proper in this Court because the events, acts and omissions material to the subject matter of this lawsuit occurred within the District of Columbia, and the injuries sustained by the Plaintiff giving rise to this lawsuit occurred within the District of Columbia.

### PARTIES

3. Plaintiff Jeffrey Williams is an adult resident of the state of Maryland.

4. Defendant Atllimo, LLC d/b/a Coach Aladdin (hereafter "Defendant") is a transportation company headquartered in the Commonwealth of Virginia that operates private transit and bus services in the Washington, DC metropolitan area.

## FACTS

5. Plaintiff incorporates by reference each and every allegation as set forth in Paragraphs 1 through 4.

6. On May 17, 2018, at approximately 4:45 pm, Plaintiff Jeffrey Williams (hereinafter "Mr. Williams") was lawfully operating his vehicle in the District of Columbia. Mr. Williams at the time was a driver for Uber Technologies and was transporting a passenger in that capacity. Mr. Williams was driving his vehicle in the left lane of 17th Street, NW heading towards Independence Avenue.

7. At the same time, a bus was being driven by Gregory M. Washington (hereafter "the Defendant's driver") in the right lane of 17th Street, NW. Upon information and belief, Mr. Washington was an employee and/or agent of Defendant. Upon information and belief, the bus he was driving was owned by Defendant (hereafter "the Bus").

8. Immediately before the incident, both vehicles were driving forward and were side-by-side in their respective lanes, heading towards the roundabout interchange with Independence Avenue.

9. Without looking, or otherwise failing to respond to what was there to be seen, the Defendant's driver then proceeded to exit his own lane and enter Mr. Williams' lane, striking the right side of Mr. Williams' vehicle with the left side of the Bus.

10. This collision propelled Mr. Williams' much smaller vehicle to the left and into the roundabout interchange of 17th Street NW and Independence Avenue, where it came to a complete stop.

11. An officer for the U.S. Park Police responded to the scene, interviewed witnesses and completed a report.

12. This collision caused Mr. Williams to be thrown violently within his own vehicle, causing him serious personal injuries and to sustain other associated damages.

### Count I – Negligence
### (*Respondeat Superior*)

13. Plaintiff incorporates by reference each and every allegation as set forth in Paragraphs 1 through 12.

14. At all relevant times to this action, Defendant Atllimo, LLC d/b/a Coach Aladdin (which hereinafter includes agents, employees, servants, and/or independent contractors, including the Defendant's driver), through its employees, agents, and/or servants, provided bus transportation services in the District of Columbia.

15. Defendant owed to Mr. Williams, a fellow driver on the road, a duty to conform its care to that of the standards of a reasonably prudent person acting under the same or similar circumstances.

16. At the time and place of this collision, the Defendant, through its driver, among other duties, had a duty to operate its vehicle in a safe and lawful manner and to pay full time and attention to the roadway. Defendant breached these duties of care in the following respects:

  a. Failed to keep a proper lookout for other vehicles lawfully on the roadway;

  b. Failed to yield to the right-of-way of Plaintiff's vehicle;

    c. Failed to refrain from encroaching into other lanes of traffic without first ensuring the path was clear of other vehicles;

    d. Failed to control the speed and/or direction of its vehicle;

    e. Failed to keep a proper and safe distance between its vehicle and other vehicles;

    f. Failed to exercise reasonable care in the operation of a motor vehicle under the circumstances then and there existing;

    g. Failed to make appropriate evasive maneuvers in time to avoid a collision with other vehicles; and

    h. Other negligent acts or omissions.

17. As a direct and proximate result of the recklessness, carelessness, and/or negligence of Defendant's driver, Mr. Williams:

    a. Has suffered bodily injuries, pain and suffering, mental health problems, emotional distress, anxiety, and loss of enjoyment of life;

    b. has required, and will in the future require, medical treatment and medical expenses related to the injuries he sustained in the collision;

    c. has suffered lost wages, loss of future earning capacity, and loss of employment opportunities;

    d. has suffered losses and impairment of his ability to engage in his usual activities and pursuits; and

    e. has sustained other losses not specified herein.

18. All of Mr. Williams' losses referenced herein were, by substantial factor, caused by the recklessness, carelessness, and/or negligence of Defendant, without any negligence on Mr. Williams' part.

WHEREFORE, Plaintiff Jeffrey Williams respectfully requests judgment against Defendant Atllimo, LLC d/b/a Coach Aladdin in the amount of $1,250,000 (one million two hundred fifty thousand dollars) in damages and for other relief found just and proper by the jury and this Court.

## JURY DEMAND

Plaintiff respectfully requests a trial by jury on all issues.

Respectfully submitted,

*//s// Archie L. Rich, II*
Archie L. Rich, II, Esq.
DC Bar No. 471754
THE RICH FIRM, P.C.
1250 I Street, NW, Suite 902
Washington, DC 20005
tel.: (202) 529-9379
fax: (202) 506-6167
arich@therichfirm.com
*Counsel for Plaintiff*

**Superior Court of the District of Columbia**
**CIVIL DIVISION**
Civil Actions Branch
500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001
Telephone: (202) 879-1133 Website: www.dccourts.gov

Jeffrey Williams
_____
Plaintiff

vs.

Case Number _____

Atllimo, LLC d/b/a Coach Aladdin
_____
Defendant

## SUMMONS

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty one (21) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within seven (7) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

Archie L. Rich, II
_____
Name of Plaintiff's Attorney

1250 I Street NW Suite 902
_____
Address
Washington, DC 20005

(202) 529-9379
_____
Telephone

*Clerk of the Court*

By _____
Deputy Clerk

Date _____

如需翻译,请打电话 (202) 879-4828      Veuillez appeler au (202) 879-4828 pour une traduction      Để có một bài dịch, hãy gọi (202) 879-4828
번역을 원하시면, (202) 879-4828로 전화주십시오      የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, *DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME*.

If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español

**SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA - CIVIL DIVISION**

Filed
D.C. Superior Court
07/31/2020 13:27PM
Clerk of the Court

Jeffrey Williams

                    Plaintiff

                                        Case No.: 2020 CA 003034 V

                        vs.

Atllimo, LLC d/b/a Coach Aladdin

                    Defendant

## AFFIDAVIT OF SERVICE

I, Abel Emiru, a Private Process Server, being duly sworn, depose and say:

That I have been duly authorized to make service of the Initial Order and Addendum, Summons, Information Sheet, and Complaint in the above entitled case.

That I am over the age of eighteen years and not a party to or otherwise interested in this action.

That on 07/28/2020 at 2:24 PM, I served Atllimo, LLC d/b/a Coach Aladdin c/o Raja Uman Shaukat, Registered Agent with the Initial Order and Addendum, Summons, Information Sheet, and Complaint at 103 East Raymond Avenue, Alexandria, Virginia 22301 by serving Rahil Anjen, Manager / Partner, authorized to accept service.

Rahil Anjen is described herein as:

Gender: Male   Race/Skin: White   Age: 40   Weight: 175   Height: 5'10"   Hair: Black   Glasses: No

I declare under penalty of perjury that this information is true and correct.

Sworn to before me on 07/30/2020

Angela H. Croson
Notary Public, District of Columbia
My Commission Expires: March 31, 2024

Abel Emiru

Client Ref Number: N/A
Job #: 1579350

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050