KIERNAN TREBACH

Kiernan Trebach LLP
1233 20th Street, NW
8th Floor
Washington, DC 20036
T: (202) 712-7000
F: (202) 712-7100
KiernanTrebach.com

April 13, 2021

**VIA ELECTRONIC AND FIRST CLASS MAIL**
Archie L. Rich, II, Esquire
The Rich Firm, P.C.
1250 I Street, NW, Suite 902
Washington, DC 2005

      RE:    *Jeffrey Williams v. Atllimo, LLC d/b/a Coach Alladin*
                  Court: United States District Court for the District of Columbia
                  Case No. 1:20-cv-02251-JDB
                  KT No. 1741.0013

Dear Mr. Rich:

      We are in receipt of Plaintiff's discovery responses. Upon review, we find them to be deficient, as follows:

      1.    <u>Interrogatory No. 8</u> requests the identity of all medical and mental health providers that Plaintiff has seen in the last 10 years, along with the dates, treatment, etc. Your objection is not well-taken. This Interrogatory requesting information regarding Plaintiff's prior medical history is reasonably calculated to lead to the discovery of admissible evidence. The request for 10-years' worth of information is not overly broad. Your Answer does not respond to the Interrogatory as the documents produced do not contain the requested information. Therefore, please withdraw your objection and respond to this Interrogatory within 10 days. Failure to do so will result in a Motion to Compel being filed.

      2.    <u>Interrogatory No. 10</u> requests an itemization of the specials being claimed. Referring to the medical bills is not sufficient as it forces us to try to determine what specials Plaintiff is claiming. Therefore, please respond to this Interrogatory within 10 days. Failure to do so will result in a Motion to Compel being filed.

      3.    <u>Interrogatory No. 20</u> requests information on statutory liens. Defendant is entitled to know whether any exist with regard to this matter. Such a request does not violate the collateral source rule and such rule only protects against the offering of such evidence at trial, not a discovery request. Referring us to the medical records does not respond to this Interrogatory. Therefore, please withdraw your objection and respond to this Interrogatory within 10 days. Failure to do so will result in a Motion to Compel being filed.

CONNECTICUT | DISTRICT OF COLUMBIA | FLORIDA | MARYLAND | MASSACHUSETTS | NEW JERSEY | NEW YORK | PENNSYLVANIA | RHODE ISLAND | VIRGINIA

**EXHIBIT F**

Archie L. Rich, II, Esquire
The Rich Firm, P.C.
April 13, 2021
Page 2

    4.    <u>Request No. 1</u> requests all medical records in Plaintiff's possession for the last 10 years. Your objection is not well-taken. The request for 10-years' worth of information is not overly broad. Your Response does not respond to the Request as the documents produced do not contain the requested information. Therefore, please withdraw your objection and respond to this Request within 10 days. Failure to do so will result in a Motion to Compel being filed.

    5.    <u>Request No. 9</u> requests documents related to statutory liens. Defendant is entitled to know whether any exist with regard to this matter. Such a request does not violate the collateral source rule and such rule only protects against the offering of such evidence at trial, not a discovery request. Referring us to the medical records does not respond to this Interrogatory. Therefore, please withdraw your objection and respond to this Request within 10 days. Failure to do so will result in a Motion to Compel being filed.

    6.    <u>Request No. 18</u> requests employment income information from 2015 to the present. Your objection is not well-taken. As you are making a claim for lost income, per your vocational expert's report, we are entitled to these records. However, you only produced limited records from Uber and the tax records for 2016. That is not sufficient. Therefore, please withdraw your objection and respond to this Request within 10 days. Failure to do so will result in a Motion to Compel being filed.

    7.    <u>Request No. 19</u> requests tax records from 2015 to the present. Your objection is not well-taken. As you are making a claim for lost income, per your vocational expert's report, we are entitled to these tax records. However, you only produced the tax records for 2016. That is not sufficient. Therefore, please withdraw your objection and respond to this Request within 10 days. Failure to do so will result in a Motion to Compel being filed.

    8.    <u>Request Nos. 21 and 22</u> request records for any effort Plaintiff undertook to find a job. Your objections are not well-taken. As you are making a claim for lost income, per your vocational expert's report, we are entitled to these records. None were provided. Therefore, please withdraw your objection and respond to this Request within 10 days. Failure to do so will result in a Motion to Compel being filed.

We look forward to receiving your amended/supplemental discovery responses within the next 10 days. Please consider this to be our good faith attempt to resolve this matter.

        Very truly yours,

        */s/ Craig L. Sarner*
        Craig L. Sarner

KIERNAN TREBACH